Hansary A. Laforest, OSB No. 182698
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BEGOAT LLC, an Oregon limited liability company, | Case No. 6:26-cv-01124-MTK |
| Plaintiff, | |
| v. | **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |
| G.O.A.T. FUEL, INC., a Delaware limited liability company; G.O.A.T. FUEL LLC, a California limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Defendants G.O.A.T. FUEL, INC. ("Defendant Inc.") and G.O.A.T. FUEL LLC ("Defendant LLC") (collectively "Defendants") answer plaintiff BeGoat LLC's ("Plaintiff") Complaint as follows:

1.

Defendants deny each and every allegation of the Complaint, except they admit that Plaintiff BeGoat LLC ("Plaintiff") is the owner of two federal trademark registrations and one pending trademark application for the mark BE GOAT; that Plaintiff is an Oregon limited

**Page 1 – DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

liability company with its principal place of business in Bend, Oregon; that Defendant Inc. is a Delaware corporation with its principal place of business in Texas; that Defendant LLC is a California limited liability company with its principal place of business in Texas;; that Plaintiff is the owner of the federal trademark applications and/or registrations identified in paragraph 17 of the Complaint; that Defendants are in the beverage market for the sale of energy drinks; that Defendants and Plaintiff have co-existed in the beverage marketplace for a number of years; that Defendants are the owners of the federal trademark applications and/or registrations identified in paragraph 21 of the Complaint; that the registrations identified in paragraph 22 speak for themselves; that on July 29, 2025, Defendants filed an express abandonment of trademark application serial no. 98667542; that the images identified in paragraph 26 correctly identify beverage product packaging belonging to Defendants; and that Defendants advertise, market, and sell their beverages in several states, with some online sales being delivered to in Oregon.

2.

Except as expressly admitted in paragraph 1, Defendants deny each and every remaining allegation in Plaintiff's Complaint

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim - UTPA Claim)

3.

Plaintiff's UTPA claim is barred, in whole or in part, because Plaintiff has failed to state ultimate facts sufficient to constitute a claim for relief against Defendants.

/ / /

/ / /

/ / /

/ / /

**Page 2 – DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

## SECOND AFFIRMATIVE DEFENSE

### (Preemption / Displacement / Conflict - UTPA Claim)

4.

Plaintiff's UTPA claim is barred or limited, in whole or in part, to the extent they are wholly duplicative of, displaced by, or conflict with federal trademark law and the Lanham Act's remedial scheme, or to the extent they attempt to impose liability or obtain remedies inconsistent with federal law.

## THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

5.

Plaintiffs' claims are barred in whole or in part by unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel / Acquiescence / Waiver)

6.

Plaintiff's claims are barred in whole or in part by waiver, estoppel, acquiescence, and/or consent.

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Entitlement to Declaratory Relief)

7.

Plaintiff is not entitled to declaratory relief as there is no justiciable controversy entitling it to such equitable relief.

/ / /

/ / /

/ / /

**Page 3 – DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

## PRAYER FOR RELIEF

**WHEREFORE**, having fully answered and alleged affirmative defenses, Defendants pray for judgment in their favor and against Plaintiff dismissing Plaintiff's claims in their entirety, for all costs and disbursements and reasonable attorney fees incurred herein, and any other relief the court deems necessary and just.

DATED this 30th day of July, 2026.

SUSSMAN SHANK LLP


By *s/ Hansary A. Laforest*
Hansary A. Laforest, OSB No. 182698
*Attorneys for Defendants*

**Page 4 – DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**